# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PHILIP LUTHER PARISH, | Case No. 19-CV-1038 (NEB/TNL) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| R. MARQUES, | |
| Respondent. | |

The Court has received the September 13, 2019 Report and Recommendation of United States Magistrate Judge Tony N. Leung. [ECF No. 15 ("R&R").] No party has objected to the R&R, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

1. This Court ACCEPTS the R&R [ECF No. 15];
2. Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 31, 2019     BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge